# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0053. TAMARA FLOYD v. DEBRA FLUKER, JUDGE et al.**

Upon consideration of Appellant's Motion for Extension of Time to File Petition for Writ of Mandamus and Writ of Prohibition, it is ordered that said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/11/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*